← Back to Message    FORM. USDC Consent (001648...    1 / 1

⬇ ⤢ ✕

∧

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _Richetta Brown_ , hereby consent to become a party plaintiff in that action styled *Richetta Brown et al v. Xerox Corporation et al,* which shall be litigated in the United States District Court for the Eastern District of Virginia. This action seeks full payment of wages which have been denied to me and to others. I declare under penalty of perjury that, to the best of my knowledge and belief, I have worked hours for the Defendants without being fully compensated in accordance with applicable law.

I am represented in this action by the Law Offices of Richard J. Serpe, P.C. and Patten, Wornom, Hatten, & Diamonstein, L.C. and request that all communications concerning this action be directed to them.

Date: _February 29, 2016_ .

_____
Signature

_____
Print Name

https://us-mg5.mail.yahoo.com/neo/ie_blank                                                          2/29/2016

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _____*Maya J. Hall*_____, hereby consent to become a party

plaintiff in that action styled *Richetta Brown et al v. Xerox Corporation et al,* which shall be

litigated in the United States District Court for the Eastern District of Virginia. This action seeks

full payment of wages which have been denied to me and to others. I declare under penalty of

perjury that, to the best of my knowledge and belief, I have worked hours for the Defendants

without being fully compensated in accordance with applicable law.

I am represented in this action by the Law Offices of Richard J. Serpe, P.C. and Patten,

Wornom, Hatten, & Diamonstein, L.C. and request that all communications concerning this

action be directed to them.

Date: __2/10/2016__

_____
Signature

_____
Print Name

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _Tonya McClarty_ , hereby consent to become a party plaintiff in that action styled *Richetta Brown et al v. Xerox Corporation et al,* which shall be litigated in the United States District Court for the Eastern District of Virginia. This action seeks full payment of wages which have been denied to me and to others. I declare under penalty of perjury that, to the best of my knowledge and belief, I have worked hours for the Defendants without being fully compensated in accordance with applicable law.

I am represented in this action by the Law Offices of Richard J. Serpe, P.C. and Patten, Wornom, Hatten, & Diamonstein, L.C. and request that all communications concerning this action be directed to them.

Date: _3/9/16_

_Tonya McClarty_
Signature

_Tonya McClarty_
Print Name